United States Bankruptcy Court
For the Western District Of Texas

FILED
FEB 18 2010
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

TXCO RESOURCES INC.

} Chapter 11
}
}
}
}
} Case No.
} 09-51807

Debtor

} Amount $11,240.83

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

TAC TRUCKING
P.O. BOX 99
ALICE, TX 78333

The transfer of your claim as shown above in the amount of $11,240.83 has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By _E. H._
Eric Horn
Liquidity Solutions Inc
(201) 968-0001

3105498

# TRANSFER NOTICE

Tac Trucking ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TXCO RESOURCES INC.** (the "Debtor"), in the aggregate amount of **$11,240.83**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Western District of Texas, administered as Case No. 09-51807.

IN WITNESS WHEREOF, Assignor has signed below as of the 20th day of January 2010

Tac Trucking

_____
(Signature)

JESSIE COLLIS / OWNER
(Print Name and Title)


(Signature)

ERIC HORN
(Print Name of Witness)

TXCO RESOURCES INC.
Tac Trucking

3105498