United States Bankruptcy Court
For the Western District Of Texas

**FILED**
FEB 1 8 2010
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| | |
|---|---|
| TXCO RESOURCES INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-51807 |
| Debtor | } **Amount $1,076.25** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CASING SEAL SERVICE COMPANY**
**115 LOMA PARK RD**
**FLORESVILLE, TX 78114**

The transfer of your claim as shown above in the amount of **$1,076.25** has been transferred to:

Liquidity Solutions Inc
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By M.H.
Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3105318

## TRANSFER NOTICE

Casing Seal Service Company ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TXCO RESOURCES INC.** (the "Debtor"), in the aggregate amount of **$1,076.25**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Western District of Texas, administered as Case No. 09-51807.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _January_ 2010

Casing Seal Service Company

_(Signature)_

Tou J Gullick Owner
(Print Name and Title)



_(Signature)_

Perez
(Print Name of Witness)

D.C. PEREZ
Notary Public, State of Texas
My Commission Expires
May 09, 2012

TXCO RESOURCES INC.
Casing Seal Service Company

3105318