United States Bankruptcy Court
For the Western District Of Texas

| | |
|---|---|
| TXCO RESOURCES INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-51807 |
| Debtor | } **Amount $90,870.11** |

FILED

FEB 1 8 2010

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SPIRIT COMPLETION FLUIDS LTD**
**12941 NORTH FREEWAY, STE 400**
**HOUSTON, TX 77060**

The transfer of your claim as shown above in the amount of **$90,870.11** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By _M.H._

Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3105629

**TRANSFER NOTICE**

Spirit Completion Fluids Ltd ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TXCO RESOURCES INC.** (the "Debtor"). in the aggregate amount of **$90,870.11**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Western District of Texas, administered as Case No. 09-51807.

IN WITNESS WHEREOF, Assignor has signed below as of the _____19_____ day of _____January_____ 2010

Spirit Completion Fluids Ltd

_____
(Signature)

Robert C Helm VP
_____
(Print Name and Title)



_____
(Signature)

Stephanie Hastings
_____
(Print Name of Witness)

TXCO RESOURCES INC.
Spirit Completion Fluids Ltd

3105629